IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**SIMONE ORTEGA, Each Individually and on**      **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.      No. 18-2512

**FUSION LOGISTICS, INC. and PEI OHIO, INC.**      **DEFENDANTS**

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, individually and on behalf of all others similarly situated, by and through her attorney, and Defendants, by and through their attorneys, and for their Joint Stipulation of Dismissal without Prejudice, state and allege as follows:

1. The parties stipulate to dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a).

2. Plaintiff brought this action pursuant to the overtime provisions of the Fair Labor Standards Act ("FLSA"), on behalf of herself and all others similarly situated.

3. The parties in this case and the related case of *Barnard et al. v. Fusion Logistics, Inc. et. al.*, No. 3:17-cv-2650-N have negotiated a global settlement. The parties have agreed that Plaintiff and the opt-in plaintiffs in this case may opt-in to the *Barnard* action, with their statute of limitations remaining tolled as of the date that they filed or joined this case.

4. The claims of Plaintiff and the opt-in plaintiffs will be resolved according to the terms of the global settlement within the *Barnard* case.

Page 1 of 3
Simone Ortega v. Fusion Courier, Inc., et al.
U.S.D.C. (N.D. Tex.) No. 18-2512
Joint Stipulation of Dismissal without Prejudice

Respectfully submitted,

| | |
|---|---|
| **SIMONE ORTEGA, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS** | **DEFENDANT FUSION LOGISTICS, INC.** |

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

/s/ Josh Sanford
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

/s/ Hisham A. Masri
Hisham A. Masri, Esq.
JACKSON LEWIS, PC
500 N. Akard
Suite 2500
Dallas, TX 75201
Telephone: (214) 520-2400
Hisham.Masri@jacksonlewis.com

**DEFENDANT PEI OHIO, INC.**

/s/ Katherine Anand
Katherine Anand
Estes Thorne & Carr PLLC
3811 Turtle Creek Blvd.
Suite 2000
Dallas, Texas 75219
Telephone 214-599-4013
kanand@estesthornecarr.com

Page 2 of 3
Simone Ortega v. Fusion Courier, Inc., et al.
U.S.D.C. (N.D. Tex.) No. 18-2512
Joint Stipulation of Dismissal without Prejudice

## CERTIFICATE OF SERVICE

I, Josh Sanford, certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing JOINT STIPULATION was filed via the CM/ECF system, which will provide notice to the following counsel of record:

Hisham A. Masri, Esq.
JACKSON LEWIS, PC
500 N. Akard
Suite 2500
Dallas, TX 75201
Telephone: (214) 520-2400
Hisham.Masri@jacksonlewis.com

As of the same date, this STIPULATION has been discussed with, and a file-marked copy is being emailed to, the following attorneys representing Defendant PEI Ohio, Inc.:

Mark Katz, Esq.
ULMER & BERNE LLP
1660 West Second Street, Suite 1100
Cleveland, Ohio 44113-1406
Telephone: 216-583-7000
Facsimile: 216-583-7001
mkatz@ulmer.com

Katherine Anand
Estes Thorne & Carr PLLC
3811 Turtle Creek Blvd.
Suite 2000
Dallas, Texas 75219
Telephone 214-599-4013
kanand@estesthornecarr.com

                                                    /s/ Josh Sanford
                                                    **Josh Sanford**

Page 3 of 3
Simone Ortega v. Fusion Courier, Inc., et al.
U.S.D.C. (N.D. Tex.) No. 18-2512
Joint Stipulation of Dismissal without Prejudice