UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SIMONE ORTEGA,           §<br>§<br>     Plaintiff,           §<br>§<br>v.                              §<br>§<br>FUSION LOGISTICS, INC., et al.  §<br>§<br>     Defendants.         § | CASE NO. SA:18-CV-02512-S |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Simone Ortega, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P. hereby voluntarily dismisses this action with prejudice.

Respectfully submitted,

/s/ Josh Sanford
Josh Sanford (SBN 24077858)
josh@sanfordlawfirm.com

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Fax: (888) 787-2040

*Attorneys for Plaintiffs*